THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL TILLMAN, Appellant.

Submitted December 12, 2011; decided January 5, 2012

Reported below, 82 AD3d 509.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH WASHINGTON, Appellant.

Submitted December 12, 2011; decided January 5, 2012

Reported below, 85 AD3d 1303.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE WATSON, Appellant.

Submitted December 27, 2011; decided January 5, 2012

Reported below, 82 AD3d 1276.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.